07-02158    UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF OHIO
            EASTERN DIVISION

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee of Argent Mortgage Securities, Inc. Asset Backed Pass Through Certificates, Series 2005-W3 Under the Pooling and Servicing Agreement Dated as of October 1, 2005, without recourse | CASE NO. 1:07-cv-00960 <br><br> JUDGE CHRISTOPHER A. BOYKO |
| Plaintiff | |
| -vs- | |
| Alden Nelson and Jaqueline Nelson aka Jackie Nelson, et al. | |
| Defendant(s) | **ORDER VACATING JUDGMENT AND DISMISSING COMPLAINT** |

THIS CAUSE came on to be heard upon the Motion of the Plaintiff to dismiss these proceedings.

It is represented to this Court that the Defendants, Alden Nelson and Jaqueline Nelson aka Jackie Nelson have completed a loan modification agreement with the Plaintiff.

It is therefore the Order of this Court that the decree of foreclosure filed on July 5, 2007 be vacated and that the Complaint of the Plaintiff be dismissed without prejudice at Plaintiff's costs.

IT IS SO ORDERED

s/Christopher A. Boyko
JUDGE CHRISTOPHER A. BOYKO
United States District Court Judge

May 19, 2008